JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER KAUR ANAND, | No. CV 21-8620-GW-GJSx |
| PLAINTIFF, | **JUDGMENT** |
| v. | Honorable George H. Wu |
| UNITED STATES OF AMERICA, | United States District Judge |
| DEFENDANT. | |

The United States of America's Motion for Summary Judgment, having been considered by the Court along with the pleadings, evidence presented, and the Memorandum of Points and Authorities, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law entered herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion be granted and judgment is hereby entered for Defendant.

DATED: December 12, 2022

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

_____/s/ Zakariya K. Varshovi____
ZAKARIYA K. VARSHOVI
Assistant United States Attorneys

Attorneys for Defendant