UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8620-GW-GJSx | Date | October 3, 2023 |
|---|---|---|---|
| Title | *Kulvinder Kaur Anand, et al. v. United States of America, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:      IN CHAMBERS - ORDER**

Pursuant to the September 28, 2023 Order and instructions from the U.S. Court of Appeals for the Ninth Circuit (*see* ECF No. 69), the Judgment (ECF No. 59) in this matter is vacated and this case is dismissed as moot.

| | : |
|---|---|
| Initials of Preparer | JG |